■ RICHARD L. FONTANA, Respondent, v PERFECTION COBEY Co., Appellant and Third-Party Plaintiff-Appellant, and THIELE, INC., et al., Respondents and Third-Party Plaintiffs-Appellants. CITY OF BUFFALO, Third-Party Defendant-Respondent.—Order unanimously affirmed, with costs. Memorandum: Plaintiff was injured when the body of a dump truck he was operating dislodged from the chassis and hydraulic cylinder and fell on the cab of the truck. An inspection of the truck after the incident revealed that the failure occurred at the point where brackets and bolts were used to attach the cylinder to the body of the truck. Defendant Perfection Cobey Co. (Perfection), the manufacturer of the brackets, moved for summary judgment on the ground that plaintiff and the remaining defendants did not establish that the brackets failed and that the failure was a proximate cause of the accident.

Special Term correctly denied the motion. The pretrial testimony annexed to the affidavit of Perfection's counsel which, to the extent it favors plaintiff, we accept as true *(see, Waldron v Wild,* 96 AD2d 190, 192), presents an issue of fact whether the parts supplied by Perfection were the cause of the accident. (Appeal from order of Supreme Court, Erie County, Kuszynski, J.—summary judgment.) Present—Dillon, P. J., Hancock, Jr., Doerr, Green and Schnepp, JJ.

■ LEONARD C. SPANO, as Administrator of the Estate of MARK A. SPANO, Deceased, Appellant, v COUNTY OF ONONDAGA et al., Respondents.—Order unanimously affirmed, without costs. Memorandum: It was a proper exercise of discretion to prohibit plaintiff and plaintiff's attorneys "from disclosing or using any information discovered by a review of the defendant McAvoy's personnel file". We address no other issues. (Appeal from order of Supreme Court, Onondaga County, Stone, J.— suppression of evidence.) Present—Dillon, P. J., Hancock, Jr., Doerr, Green and Schnepp, JJ.

■ COMMISSIONER OF COMMUNITY DEVELOPMENT OF THE CITY